UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ABEYTA,<br><br>        Plaintiff,<br><br>    v.<br><br>DMCG, INC.,<br><br>        Defendant. | Case No. 22-cv-07089-SI<br><br>**ORDER RE: DISCOVERY AND SETTING NEW DATE FOR REPLY BRIEF AND HEARING ON CLASS CERTIFICATION MOTION**<br><br>Re: Dkt. Nos. 81, 82 |

The parties have submitted a discovery dispute regarding plaintiff's request for exemplars of fully executed contract packages pertaining to cosigners on DMCG, Inc. installment plans. The Court concludes that the documents are relevant and at the very least encompassed by plaintiff's Request for Production of Documents 19, which sought documents supporting any claims, defenses, or affirmative defenses that DMCG intends to assert.

The Court finds it reasonable for DMCG to produce one executed contract per month from April 2021 to the present no later than **September 4, 2024**. Plaintiff's reply brief shall be due **September 13**, and the hearing on the class certification motion is continued from September 20 to **October 4, 2024** at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: August 20, 2024

                      SUSAN ILLSTON
                      United States District Judge