UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT ABEYTA,

        Plaintiff,

   v.

DMCG, INC.,

        Defendant.

Case No. 22-cv-07089-SI

**ORDER RE: DISCOVERY**

Re: Dkt. No. 84

The Court has received defendant's motion to enlarge time to produce custodian e-mails and plaintiff's opposition thereto. The Court GRANTS defendant's request for an extension of time until September 30, however the Court instructs defendant to make a "rolling" production beginning September 16 (as defendant previously requested). The Court GRANTS plaintiff an additional week to file the reply brief, so that it is now due September 20. The hearing on the motion for class certification remains on October 4 at 10:00 a.m. via zoom. If defendant produces discovery relevant to the class certification motion after the filing of the reply brief, plaintiff's counsel may discuss that discovery at the hearing.

**IT IS SO ORDERED**.

Dated: August 23, 2024

SUSAN ILLSTON
United States District Judge