Yaman Salahi (SBN 288752)
yaman@salahilaw.com
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Natasha J. Fernández-Silber (pro hac vice)*
nfernandezsilber@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60653
Tel: 312.589.6370
Fax: 312.589.6378

*Admitted in Michigan and New York only

*Attorneys for Plaintiff and the Proposed Settlement Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT ABEYTA, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff,*<br><br>    v.<br><br>DMCG, Inc., a California corporation,<br><br>        *Defendant.* | Case No.  3:22-cv-07089-SI<br><br>**NOTICE OF FILING OF ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT** |

As discussed at the January 10, 2025 hearing on Plaintiff's motion for preliminary approval, the Parties have executed an Addendum to the Class Action Settlement, the sole purpose of which is to reflect the change in the firm affiliation of Yaman Salahi, one of Plaintiff's and the proposed Settlement Classes' lawyers. The Addendum is attached hereto as **Exhibit A**.

As **Exhibit B**, Plaintiff has also attached an amended proposed order granting Plaintiff's motion for preliminary approval incorporating the changes discussed in the Addendum. A redline is attached as **Exhibit C**. Additionally, per the Court's request, the amended proposed order now includes operative dates and deadlines related to the Settlement, based on the assumption that the Court enters the order on Tuesday January 21, 2025. If the order is entered later, those dates may need to be adjusted.

Dated: January 21, 2025                          Respectfully submitted,

By: /s/ Yaman Salahi

Yaman Salahi (SBN 288752)
yaman@salahilaw.com
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Natasha J. Fernández-Silber (pro hac vice)*
nfernandezsilber@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60653
Tel: 312.589.6370
Fax: 312.589.6378
* *Admitted in Michigan and New York only*

*Attorney for Plaintiff and the Proposed Settlement Classes*